8:21-cv-2803-SDM-TGW

2021 DEC -1 PM 3:41

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

# Deprivation

# Of

# Rights

Under the Color of Law

Title 18, U.S.C.,

Section 242

# "Violation"

TPA-65384

# Mission Statement

The Mission of the Clearwater Police Department is to consistently provide effective professional and dependable law enforcement services to every citizen, visitor and business within the city of Clearwater.

## References:

www.clearwaterpolice.org/"office of the chief"



# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### TAMPA DIVISION

JOHN HOLMES JR

8:21-cv-2803-SDM-TGW

Plaintiff,

Vs.

CLEARWATER POLICE DEPARTMENT IN ITS OFFICIAL CAPACITY,

MAYOR FRANK HIBBARD CITY OF CLEARWATER IN HIS INDVIDUAL

CAPACITY, SHANTE DEAN,NATALIA ILLICH-HAILEY,KEVIN VIGH,BRIAN

HOXIE (DEFENDANTS) IN THEIR INDIVIDUAL CAPACITY.

Defendants



## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, John Holmes brings action against Clearwater Police Department in its official

capacity, Mayor Frank Hibbard City of Clearwater in his individual capacity, Shante

Dean, Natalia Illich-Hailey, Kevin Vigh, Brian Hoxie (Defendants) in their individual

capacity. Plaintiff, states the following in good support of this complaint.

1

## NATURE OF ACTION

This is a 42 U.S. Code § 1983 federal civil rights case under the fourth and fourteenth amendments of the United States constitution as applied to the statues under the United States constitution's fourteenth amendment for the defendants individual and collective personal, malicious, and unlawful violations under color of state law and plaintiff's individual and collective constitutional rights and protection against unreasonable searches of plaintiff's body as well as state tort claims for civil conspiracy.

Defendants committed these unlawful violations of plaintiff's constitutional and state rights under color of state law in bad faith and with malicious purpose in reckless, wanton and willful disregard of plaintiff's human, safety, and property rights.

## JURISDICTION AND VENUE

Plaintiff brings this action pursuant 42 U.S.C. § 1983 for violations of civil rights under the fourth and fourteenth amendments to United States constitution.

This court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 (Federal Question) and 28 U.S.C. § 1343(a) (3) (civil rights); 28 U.S.C. § 1367 provides supplemental jurisdiction over the state law tort claims that arose from the same common nuclei of facts.

Venue is proper in this judicial district and division pursuant 28 U.S.C. § 1391(b) and M.D Fla.Loc.R.1.02(c) Defendants primary employment is in the district and division,

2

and defendants independent and collective malicious and unlawful violations under color of state law of plaintiff's constitutional rights giving rise to the claims herein accrued within this district and division. At all material time's defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of plaintiff's human, safety, and property rights.

## PRELIMINARY STATEMENT

On February, 4th 2020, approximately 4:24 pm at 1205 N, Martin Luther King Jr. Ave located in Clearwater Florida, lieutenant Shante Dean (defendant) of the Clearwater police department alleged that he saw John Holmes Jr. (plaintiff) a Pinellas county employee and resident of the Clearwater Florida community huddled up with an alleged "known drug user" in what he believed to be a drug transaction outside the Greenwood Food Mart, which is a neighborhood convenient store within the community. Lt. Dean (defendant) also alleged to see plaintiff smoking a marijuana cigarette at the time of the allege transaction. Lt. Dean (defendant) then claims that when the plaintiff saw him, he shoved his hand down by his groin area. Dean (defendant) then approaches the plaintiff inside the food mart and proceeds to search plaintiff based on the burnt marijuana smell. Lt. Dean (defendant) found no illegal substances or weapons on plaintiff during the pat down search. Lt. Dean (defendant) reviewed the video surveillance and seeing the plaintiff put his hand down his pants he decided to detain plaintiff and move him to the police station for a full body search.

3

Plaintiff was transported by Officer Kevin Vigh (defendant) to the Clearwater police department where he met up with Lt. Dean (defendant) and Officer Brian Hoxie (defendant). The three escorted plaintiff inside of a private holding cell were Lt. Dean (defendant) conducted a search of the plaintiff's groin area. The plaintiff was arrested for possession of cocaine and marijuana and was released on 02/05/20. The state attorney's office filed nolle prosequi shortly after the arrest. On 02/06/20 the plaintiff was given a drug screen from Bay Care Urgent Care results were "Negative" for cocaine and marijuana. On continued documents in affidavit shows statements from Lt. Dean (defendant) stating the arrest of another individual for possession of cocaine that was found in the aisles of the convenient store at the same time plaintiff was unlawfully detained. Wong v. United States, 371 U.S. 471(1963).

## PARTIES

John Holmes Jr. (plaintiff) is a resident of Clearwater Florida and is a former Pinellas county employee.

Clearwater police department is a government agency in the middle district within Clearwater Florida.

Mayor Frank Hibbard (defendant) is the mayor of the city of Clearwater Florida (seat 1).

Shante Dean (defendant) is a police officer of the Clearwater police department, Lieutenant in patrol division.

4

Natalia Illich-Hailey (defendant) is a police officer of the Clearwater police department. Major and Head of the criminal investigations division.

Kevin Vigh (defendant) is a police officer of the Clearwater police department currently working in patrol division.

Brian Hoxie (defendant) is a police officer of the Clearwater police department currently working in patrol division.

## COUNT 1

## FOURTH AMENDMENT UNLAWFUL SEARCH AND SEZIURE VIOLATION

Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

Defendants Shante Dean, Natalia Illich Hailey, Kevin Vigh, and Brian Hoxie personally, recklessly, and maliciously under color of state law deprived plaintiff of plaintiff's liberty, and rights under the fourth amendment, by forcing and conducting an unlawful search of plaintiff's groin area without a warrant or probable cause.

In depriving the plaintiff of these rights, Defendants committed these unlawful violations under color of state law in bad faith and with malicious purpose in reckless, wanton, and willful disregard of plaintiff's human, safety, and property rights.

These deprivations under color of state law are actionable under 42 U.S.C § 1983.

## COUNT 2

## STATE TORT OF CIVIL CONSPIRACY AGAINST SHANTE DEAN AND NATALIA ILLICH-HAILEY

Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

Defendants Shante Dean, and Natalia Illich-Hailey conspired together to commit an illegal search of plaintiff's groin area in violation of the united states constitution fourth amendment as applied to the states via the fourteenth amendment. This coerced search of the groin area by state employees were done without a warrant and with reckless indifferences to plaintiff's rights.

The actions underlying this conspiracy are illegal under the United States constitutions fourth amendment as applied to the states via fourteenth amendment.

These deprivations under color of state law are actionable under 42 U.S.C § 1983, and 28 U.S.C § 1367.

## COUNT 3

### 42 U.S.C §1983 CLAIM AGAINST CLEARWATER POLICE DEPARTMENT FOR RECKLESS IN DIFFERENCE TO PLAINTIFF'S CLEARLY ESTABLISHED CONSTITUTIONAL RIGHTS

Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

Clearwater police department's (defendant) official and unofficial policies and customs encouraged, caused, and allowed or enabled defendants Shante Dean, Natalia Illich-Hailey, Kevin Vigh, Brian Hoxie to violate plaintiff's constitutional and state rights without fear of discipline for these violations. See Monell v. Department of soc. Svcs, 436 U.S. 658(1978)

Clearwater police department (defendant) has not disciplined defendants Shante Dean, Natalia Illich-Hailey, Kevin Vigh, and Brian Hoxie for their violations of plaintiff's constitutional rights and therefore has implicitly approved, ratified, or adopted defendants unconstitutional actions. Clearwater police department is responsible for defendant's supervision, training and discipline through its policy-making powers and personnel decisions.

There is an obvious need for the Clearwater police department to train all its employees on the fourth and fourteenth amendment rights. Clearwater police department therefore, has demonstrated a policy of deliberate indifference to such civil rights violations. See city of Canton v. Harris, 4489 U.S. 378,389(1989).

Clearwater police department (defendant) callous, reckless, wanton and malicious actions under color of state law during, and after this loss has caused plaintiff to suffer and continue to suffer the damages plaintiff have described.

These deprivations under color of state law are actionable under 42 U.S.C. § 1983.

6

## COUNT 4

## FALSE ARREST AND FALSE IMPRISONMENT

Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

The Clearwater police department (defendant) and defendants Shante Dean, Natalia Illich-Hailey, Kevin Vigh, and Brian Hoxie has personally, recklessly, and maliciously under color of state law unlawfully falsely arrested and imprisoned plaintiff depriving constitutional rights of plaintiff pursuant fourth amendment to United States constitution and Fl. § 87.02.

The actions underlying the false arrest and false imprisonment are illegal under the United States constitution rights pursuant 42 U.S.C. § 1983.

These deprivations under color of state law are actionable under 42 U.S.C. § 1983.

## COUNT 5

## COURSE OF COUNDUCT (HARRASMENT)

Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

The Clearwater police department(defendant) has continuously recklessly, and maliciously under color of state law intentionally harassed and falsely arrested plaintiff in five separate arrests showing a pattern of bad faith in repeated acts violating plaintiff's constitutional rights pursuant 18 U.S.C. § 2266(2).

It shall be unlawful for any governmental authority, or any agent thereof, or any person acting on behalf of a governmental authority, to engage in a pattern or practice of conduct by law enforcement officers or by officials or employees of any governmental agency pursuant 42 U.S.C. § 14141.

These Deprivations under color of state law are actionable under 42 U.S.C. § 1983.

## BURDEN OF PROOF

1. 20-10934 –CF POSSESION OF COCAINE (2.)20-10943-CF POSSESION OF COCAINE (3.)20-01311-CF POSSESION OF COCAINE (4.)20-09695-CF POSSESION OF COCAINE (5.) 21-07904-CF GRAND THEFT MV/CHILD NEGLECT

7

## COUNT 6

## DUTY TO INTERVENE

Plaintiff re-alleges and incorporates by reference all of the preceding paragraphs in this complaint.

### CLEARWATER POLICE DEPARTMENT POLICY:

### DUTY TO INTERVENE POLICY 213.50

The Clearwater police department (defendant) currently requires employees to report misconduct. The Department (defendant) policy is general to all violations of laws, ordinances, or rules pursuant current policy: 213.50 misconduct known to departmental personnel-employees knowing of other employees violating laws or ordinances or rules of the department (defendant) or lawful ordinances or rules of the department (defendant) or lawful orders where such violation may hinder the police purpose or bring embarrassment to the department shall report same to his or her immediate supervisor.

Kevin Vigh (defendant) and Brian Hoxie (defendant) had a duty to uphold a department policy duty to intervene 213.50. Defendants Vigh and Hoxie duties were breached when failed to prevent an unconstitutional act from occurring causing plaintiff harm. 18 U.S.C § 242

These deprivations under color of state law are actionable under 42 U.S.C § 1983.

## COUNT 7

## NEGLIENCE

### MAYOR FRANK HIBBARD

The Mayor is the chief officer in charge of supervision of all officers of municipalities and see's that all laws or ordinances be enforced.

The Mayor had a duty of care to plaintiff and failed to investigate citizen complaints and abdicated its responsibility to train, supervise, discipline, and control its officers.

Plaintiff made contact with Mayor Frank Hibbard's office multiple times addressing complaint and also contacted the Mayor (defendant) on personal via email.

8

Plaintiff has been arrested four additional times after contacting the Mayor's office addressing complaint about incident that occurred on 02/04/20. There has been a pattern of bad faith shown inside the Clearwater Police Department. Mayor Frank Hibbard breached his duty of care causing plaintiff to suffer harm.

## CAUSE OF ACTION

### VIOLATION OF FOURTH AMENDMENT RIGHTS TO UNITED STATES CONSTITUTION 42 U.S.C. § 1983.

Plaintiff was unlawfully searched and seized in violation of the fourth amendment to United States constitution 42 U.S.C § 1983.

Clearwater Police Department (defendant) had a duty of care to plaintiff. This Department (defendant) breached its duty by failing to uphold constitution as well as state and federal laws causing plaintiff to suffer harm.

Mayor Frank Hibbard had a duty of care to plaintiff. The Mayor (defendant) breached his duty by failing to investigate citizen complaints and upholding his responsibility to train, supervise, discipline, and control his officers causing plaintiff to suffer harm.

Shante Dean had a duty of care to plaintiff. Lieutenant Dean (defendant) breached his duty by conspiring and performing an unlawful search and seizure violating the fourth amendment to United States constitution causing plaintiff to suffer harm.

Natalia Illich-Hailey had a duty of care to plaintiff. Major Natalia Illich-Hailey (defendant) breached her duty by conspiring and authorizing an unlawful search and seizure without warrant violating the fourth amendment to United States constitution as well as state and federal laws causing plaintiff to suffer harm.

Kevin Vigh had a duty of care to plaintiff. Officer Vigh (defendant) breached his duty by failing to intervene in unconstitutional and illegal conduct. Officer Vigh (defendant) did not follow Department (defendant) policy pursuant 213.50("department's website").

Brain Hoxie had a duty of care to plaintiff. Officer Hoxie (defendant) breached his duty by failing to intervene in unconstitutional and illegal conduct. Officer Hoxie (defendant) did not follow Department (defendant) policy pursuant 213.50("department's website"). These defendants failed to act in line with duty of care.

These deprivations under color of state law are actionable under 42 U.S.C § 1983.

9

# STATEMENT OF FACTS AND DAMAGES

## DATE OF INJURY: 02/04/20

**EXTENT OF DAMAGES:**

Plaintiff treatment will be long and slow process and the progress for complete recovery is poor. Plaintiff currently attends Crisis center of Tampa Bay for sexual assault treatment and also Sun coast Behavioral Health for psychiatry services.

**PLAINTIFF'S DIAGNOSIS:**

Emotional distress and PTSD Disorders

**COMPENSATORY DAMAGES:**

Mental Anguish (PTSD), Future loss Earnings, Future Medical Expenses, Loss of Enjoyment in Life, Loss of Opportunity.

## FUTURE LOSS EARNINGS

Plaintiff was an employee of the Pinellas County Government; Plaintiff was a wastewater operator (job title).

**EMPLOYMENT WAGES:**

HOURLY: 16.40

ANNUALLY: 31,488

10

WEEKLY HOURS: 40

PLAINTIFFS AGE WHEN TERMINATED DUE TO FALSE ARREST: 35 YEARS OLD

AVERAGE RETIREMENT AGE: 60 YEARS OLD

---

CALCULATED TOTAL

RETIRMENT-AGE=25 YEARS FUTURE LOST EARNINGS

TOTAL: 787,200 U.S. DOLLARS

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the court enter judgment in his favor against defendants and award following relief:

Permanent Injunction Relief:

Reasons: A pattern of conduct in bad faith under color of state law depriving the plaintiff's rights pursuant Florida statues 78.048(a) (b) (2), 42 U.S.C. § 14141, 18 U.S.C. § 242, 42 U.S.C. § 1983.

AWARD: Future lost Earnings, Bail Fees, Attorney Fees, and future Medical treatment costs, and punitive damages.

ASSES: Civil against defendants in the amount of 200,000 U.S Dollars (Individually)

11

and 300,000 U.S Dollars for each false arrest causing plaintiff to suffer harm.

AWARD such other relief as the interests of justice shall require and this Honorable court may deem just and proper.

RESPECTFULLY SUBMITTED,

JOHN HOLMES JR.

Claim Sum Certain Total:

3,287,200 U.S Dollars.

## NOTICE OF CLAIM FOR POLICE MISCONDUCT

This letter is to inform you that I would like to file a claim on the following cases:

1) 20-10934-CF POSSESION OF COCAINE

2) 20-10943-CF POSSESION OF COCAINE

3) 20-01311-CF POSSESION OF COCAINE

4) 20-09695-CF POSSESION OF COCAINE

5) 21-07904-CF GRAND THEFT MV/CHILD NEGLECT

## CONCLUSION

ALL ARREST ABOVE ARE FALSE ARREST'S ALL CHARGES HAVE BEEN NOLLE PROSEQUI BY THE STATE ATTORNEY'S OFFICE.

I AM DEMANDING THE SUM CERTAIN 3,287,200 U.S. DOLLARS. CALCULATED TOTAL: 200,000 U.S. DOLLARS (EACH INDIVIDUAL)

300,000 U.S. DOLLARS (EACH FALSE ARREST), AND 787,200 U.S. DOLLARS (FUTURE LOST EARNINGS).

13

CLEARWATER POLICE DEPARTMENT

## CW - OFFENSE  CW20-17779

Report Date: 02/04/2020

**Narrative - Continued**

a separate note, the surveillance video also showed another known drug dealer, Taurus Brown, walk into the store and place what was later found out to be crack cocaine on a shelve around the same time Holmes was walking through the aisles. Officer Medina took primary in that investigation. (reference report number CW20-17806)

As I was viewing the video, I could hear Holmes in the background attempting to bargain with me repeatedly, telling me that if I let him go, he would stay from around her. I then said to him that I saw him with Brown and was well aware that she smokes crack cocaine and wasn't known for smoking weed. I then told Holmes that if he just had weed down his pants, I didn't have to take him to jail. He then looked at me and stated, "Are you a man of your word." I assured him that I was a man of my word, and I had more leeway with marijuana than with crack. Holmes asked me if I was a man of my word three more times, and I again assured him that I was. However, he refused to recover the marijuana.

Holmes was wearing a Pinellas County worker's uniform at the time. He advised that he had a CDL and works every day. Sergeant Wannos advised Holmes that he shouldn't be smoking marijuana if he both works for the county and has a CDL. Again, Holmes repeated that he was just smoking a little weed.

I then contacted Lieutenant Illich and advised her of the situation. I told Lieutenant Illich my exact observations as follows:
1. A known drug dealer, Holmes, and a known drug user, Yvonne Brown, about to engage in a dope deal.
2. I observed Holmes smoking a marijuana cigarette.
3. I observed Holmes shove a plastic baggie down his underwear
4. Taking flight inside the store upon seeing me.
5. The video footage of Holmes shoving the marijuana down his pants
6. Holmes' statement confirming that he was smoking weed.
7. The strong odor of marijuana coming off of Holmes.

Based on the above facts, Lieutenant Illich gave the authorization to have Holmes taken to the Clearwater Police Department's holding cells and conduct a search of his groin area, i.e., strip search.

Holmes was then transported to the main by Officer Vigh. (See Supplement.) I met up with Officer Vigh and Officer Hoxie inside the sally port with Holmes. The three of us escorted Holmes into the holding cells. There, I placed on gloves and conducted the search. Upon looking in the area of Holmes' groin, I was able to see a yellow baggie poking out the left side of his genitals. I then removed the baggie, which was semitransparent. It was at that time; I could see several small pieces of an off-white rock-like substance. That substance later tested positive for crack cocaine with an approximate weight of 1.0 grams. I also located in the same area but on the right side of his genitals, a previously lite marijuana cigarette and a piece of a brown paper bag. Inside the bag was a green leafy substance that later tested positive for marijuana with an approximate weight of 1.5 grams. It should be noted that the contents inside the marijuana cigarette also tested positive for the same.

The drugs were handed over to Officer Vigh to hold. They were later placed in evidence bags and submitted to PCSO Property located as the main station.

**Holmes' Statements**
----------------------------

Holmes was read his Miranda rights by Officer Hoxie. (See Officer Hoxie's supplement). Holmes advised that he understood his rights and would speak. I then asked Holmes why didn't he just give up the marijuana. Holmes told me that he was scared that he was going to lose his job. He said that he had to work at the county for eight months for free before getting hired full time. I then asked him why then he would go back to selling dope. Holmes said that he was still homeless and was trying to make a little money. He also confirmed what I had seen when he was with Brown (Drug transaction). I then asked Holmes if he would like to cooperate and work with our narcotics unit. He declined and advised he couldn't do that because he grew up around there.

Holmes was charged with being in possession of both crack cocaine and marijuana. He was transported to Pinellas County jail without

*This report is property of CLEARWATER POLICE DEPARTMENT. Neither it nor its contents may be disseminated to unauthorized personnel.*

02/17/2020 10:07:04



## Custody Control Form
### 51712852

eScreen
PO Box 25902
Overland Park, KS  66225-5902
(800) 881-0722

Lab Acct #: C0399890

| | |
|---|---|
| Lab ID. | ALERE |
| Lab Panel ID. | 1200 |
| Lab Acct #: | C0399890 |
| Panels | 5 PANEL STANDARD (1200) |

 Alere. Toxicology

Lab Address:
450 Southlake Blvd
Richmond. VA  23200

---

eScreen     Company Account:     39989-0

**STEP 1.**

BayCare Urg Care, LLC - Clearwater
711 S Belcher Road. Clearwater FL 33764
727-314-4646
Heather Joline

**Medical Review Officer**
Dr. Stephen Kracht
Dr. Stephen Kracht
8140 Ward Parkway
Kansas City MO 64114

---

**Step 2     TO BE COMPLETED BY COLLECTOR**

Specimen temperature for urine specimens must be read within 4 minutes of collection.

Specimen temperature within range    Yes

Verified Donor ID   ☑

**Step 3.  TO BE COMPLETED BY COLLECTOR AND DONOR**

Collector affixes bottle seal on specimen

Type

☑ Urine   ☐ Oral   ☐ Blood   ☐ Hair   ☐ Breath   ☐ Split Specimen

---

**STEP 4     Reason For Test:**

☐ Pre-employment   ☐ Return To Duty   ☐ Promotion   ☐ Periodic Medical   ☐ Random   ☐ Diversion

☐ Post Accident   ☐ Follow Up   ☐ Transfer   ☐ Reasonable suspicion cause   ☑ Other

---

**Step 5     TO BE VERIFIED BY DONOR**

| 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 | 8 28 1985 | 7278313614 | 7278313614 | H452464853080 |
|---|---|---|---|---|
| Donor SSN | Date of Birth | Daytime Phone Number | Evening Phone Number | Drivers License |

| John D Holmes | 2 6 2020  05:30 PM | |
|---|---|---|
| Donor's Name | Date & Time | Signature of Donor |

---

**Step 6     TO BE VERIFIED BY COLLECTOR**

Name of Collection Site  Address, City, ST  Zip
Baycare Urg Care  LLC - Clearwater
711 S Belcher Road
Clearwater FL 33764

Collection Site ID
39989

| Eric Stewart | 2 6 2020  05:30 PM | |
|---|---|---|
| Collector's Name | Date & Time | Signature of Collector |

Remarks:

---

**Step 7.     RECEIVED AT LAB     Shipper**

X _____

| Signature of Accessioner | PRINT Accessioner Name (First Mi Last) | |
|---|---|---|
| Primary Specimen Seal intact? | Specimen(s) Released To: | **LAB NUMBER** |
| ☐ Yes  ☐ No | TEMPORARY STORAGE | |

Date (Mo Dy Yr)

Remarks:

---

ORIGINAL MUST ACCOMPANY SPECIMEN TO LABORATORY

 **Specimen Result Certificate**

| Printed by: | 39989 - BayCare Urg Care, LLC - Clearwa | Report printed on | 2/6/2020 04:38 PM | Page 1 of 1 |
| ID Number. | 51712852 | | | |

| Attention: | Verification Date | 2/6/2020 05:36 PM CST |
|---|---|---|
| Heather Joline | | |
| BayCare Urg Care, LLC - Clearwater | | |
| 711 S Belcher Road | Medical Review Officer: | |
| Clearwater, FL 33764 | Dr. Stephen Kracht | |
| Collection Site: | 8140 Ward ParkwaySte 275 | |
| 39989-BayCare Urg Care, LLC - Clearwater | Kansas City MO 64114 | |
| | 888-362-2281 | |

| Donor Name: | Holmes, John D | Donor SSN: | XXX-XX-6920 |
|---|---|---|---|
| Date Of Test | 2/6/2020 | Donor ID. | H452464653080 |
| ID Number: | 51712352 | Reason for Test | Other |
| | | Regulation | Non-DOT |
| Service | eCup | Specimen Type | Urine |

Drugs Tested:

| Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * | Drug Name | Result | Laboratory Screening Cutoff * | Laboratory Confirmation Cutoff * |
|---|---|---|---|---|---|---|---|
| Marijuana | Negative | 50 ng/mL | 15 ng/mL | Opiates | Negative | 2000 ng/mL | 2000 ng/mL |
| Cocaine | Negative | 300 ng/mL | 150 ng/mL | PCP | Negative | 25 ng/mL | 25 ng/mL |
| Amphetamines | Negative | 1000 ng/mL | 500 ng/mL | | | | |

Final Result Disposition: **Negative**

TO BE COMPLETED BY THE MEDICAL REVIEW OFFICER

I have reviewed the laboratory results for the specimen identified on this form in accordance with applicable Federal requirements. My determination/verification is

☑ Negative    ☐ Positive    ☐ Test Cancelled    ☐ Refusal to test because

☐ Dilute    ☐ Adulterated    ☐ Substituted

REMARKS

Dr. Stephen Kracht                    *Stephen C Kracht*                2/6/2020 05:36 PM

(PRINT) Medical Review Officer's Name    Signature of Medical Review Officer    Date (Mo Da Yr)

* Represents laboratory screening and confirmation values.

Filing # 117373599 E-Filed 11/30/2020 03:01:35 PM

THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PINELLAS COUNTY

20-01311-CF-I
522020CF001311000APC

STATE OF FLORIDA

v.                                    POSSESSION OF COCAINE; POSSESSION OF
                                      MARIJUANA
JOHN DOLANE HOLMES, JR
PID: 1666257

N O L L E    P R O S E Q U I

TO THE CLERK OF THE ABOVE-STYLED COURT:

You will please enter a Nolle Prosequi as to JOHN DOLANE HOLMES, JR, in the above-entitled cause for the reason that further investigation of this case by the State Attorney's Office has revealed that further prosecution is not warranted.

Dated _____ NOV 3 0 2020 _____.

BERNIE McCABE, State Attorney
Sixth Judicial Circuit of Florida

By: _____
    NATHAN VONDERHEIDE
    Assistant State Attorney
    Bar No. 022106

SA6eservice@co.pinellas.fl.us
P.O. Box 5028
Clearwater, Florida 33758
(727) 464-6221

(Nolle/9420)

Filing # 118977969 E-Filed 01/04/2021 11:16:26 AM

THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PINELLAS COUNTY

20-09695-CF-I
522020CF009695000APC

STATE OF FLORIDA

v.                          POSSESSION OF COCAINE

JOHN DOLANE HOLMES, JR
PID: 1666257

## N O L L E   P R O S E Q U I

TO THE CLERK OF THE ABOVE-STYLED COURT:

You will please enter a Nolle Prosequi as to JOHN DOLANE HOLMES, JR , in the above-entitled cause for the reason that further investigation of this case by the State Attorney's Office has revealed that further prosecution is not warranted.

Dated _____ DEC 3 0 2020 _____ .

BERNIE McCABE, State Attorney
Sixth Judicial Circuit of Florida

By:  _____
      DOUGLAS R. ELLIS
      Assistant State Attorney
      Bar No. 515884

      SA6eservice@co.pinellas.fl.us
      P.O. Box 5028
      Clearwater, Florida 33758
      (727) 464-6221

(Nolle/9420)

Filing # 118894337 E-Filed 12/30/2020 02:16:48 PM

THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PINELLAS COUNTY

20-10943-CF-A
522020CF010943000APC

STATE OF FLORIDA

v.                                    POSSESSION OF COCAINE

ADRIAN AUDRIEL MOUZON
PID: 1085240

NOLLE   PROSEQUI

TO THE CLERK OF THE ABOVE-STYLED COURT:

You will please enter a Nolle Prosequi as to ADRIAN AUDRIEL MOUZON, in the above-entitled cause for the reason that further investigation of this case by the State Attorney's Office has revealed that further prosecution is not warranted.

Dated _____ DEC 3 0 2020 _____ .

BERNIE McCABE, State Attorney
Sixth Judicial Circuit of Florida

By: ___FREDERICK L. SCHAUB___
Assistant State Attorney
Bar No. 477346

SA6eservice@co.pinellas.fl.us
P.O. Box 5028
Clearwater, Florida 33758
(727) 464-6221

(Nolle/9420)

Filing # 118977967 E-Filed 01/04/2021 11:16:25 AM

THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PINELLAS COUNTY

20-10934-CF-I
522020CF010934000APC

STATE OF FLORIDA

v.                                  POSSESSION OF COCAINE

JOHN DOLANE HOLMES, JR
PID: 1666257

N O L L E    P R O S E Q U I

TO THE CLERK OF THE ABOVE-STYLED COURT:

You will please enter a Nolle Prosequi as to JOHN DOLANE

HOLMES, JR , in the above-entitled cause for the reason that

further investigation of this case by the State Attorney's Office

has revealed that further prosecution is not warranted.

Dated _____ DEC 30 2020 .

BERNIE McCABE, State Attorney
Sixth Judicial Circuit of Florida

By: _____
    DOUGLAS R. ELLIS
    Assistant State Attorney
    Bar No. 515884

SA6eservice@co.pinellas.fl.us
P.O. Box 5028
Clearwater, Florida 33758
(727) 464-6221

(Nolle/9420)

11/12/2021

# FALSE ARREST

# CASE NUMBERS

1) 20-10934-CF POSSESION OF COCAINE
2) 20-10943-CF POSSESION OF COCAINE
3) 20-01311-CF POSSESION OF COCAINE
4) 20-09695-CF POSSESION OF COCAINE
5) 21-07904-CF GRAND THEFT MV/CHILD NEGLECT

Filing # 116329014 E-Filed 11/08/2020 11:41:37 PM

**IN THE CIRCUIT COURT OF THE 6th JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR PINELLAS COUNTY**

STATE OF FLORIDA,
      Plaintiff,

Vs.

JOHN HOLMES,
      Defendant.

CASE NO: 20-CF-01311

DIVISION:

_____ /

## MOTION TO SUPPRESS

The defendant, by and through the undersigned counsel hereby files this Motion to Suppress pursuant to the Florida Rules of Criminal Procedure 3.190 (g) and states:

1. **Evidence to be Suppressed:**

   Defendant respectfully requests this Honorable Court to suppress any and all evidence found as a result of the illegal search performed.

2. **Grounds for Suppression:**

   The Defendant was stopped and searched illegally. Defendant was seized in contravention to the 4th Amendment to the United State Constitution and Article I, Section 12 of Florida Constitution and any evidence obtained because of the illegal seizure is Fruit of the Poisonous Tree and should be suppressed. *Wong v. United States*, 371 U.S. 471 (1963).

3. **Factual Basis:**

   On February 4, 2020, Officer Dean alleged that he saw the Defendant huddled up with an alleged "known drug user" in what he believed to be a drug transaction outside of the Greenwood Food Mart. The Officer also alleged to see the Defendant smoking a marijuana cigarette at the time of the alleged transaction. The Officer then claims that

ELECTRONICALLY FILED 11/08 2020 11:11:37 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

when the defendant saw him the defendant shoved his hand down by his groin area. The officer then approaches the Defendant inside the food mart and proceeds to search the defendant based on the burnt marijuana smell. Officer Dean found no illegal substances or weapons on the Defendant during the pat down search. The Officer then reviewed the video surveillance and based on the surveillance and seeing the defendant put his hand down his pants he decided to detain the defendant and move him to the police department for a full body search.

4. **Legal Basis:**

The probable cause to search the defendant was dispelled when no illegal drugs or weapons were found on him during the search in the food mart. The Officer had no further probable cause to further detain the Defendant and remove him to the police station for a full body search. This violated the Defendant's rights to privacy and to be free from illegal searches.

WHEREFORE, for the reasons stated above, the Defendant moves this Court to suppress all evidence illegally obtained by law enforcement as a result of this unlawful arrest.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished, by e-service, to the State Attorney's Office, Sarasota, FL this 8th day of November, 2020. The original hereof has been furnished to the Clerk of Court.

S:// Kelly McCabe
Kelly McCabe, Esq.
Florida Bar No.: 0855731
535 Central Ave
Suite 435
St Petersburg, FL 33701
T: 727-614-9961
F: 727-489-1245

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

## I would like to make a police report I am being refused to do so

**john holmes** <iamjohnholmesjr@gmail.com>                                    Fri, Mar 12, 2021 at 3:31 PM
To: daniel.slaughter@myclearwater.com

I am reaching out to you today to bring to attention that I would like to make a police report. I am being refused verbally by internal affairs sergeant S. and detective Rodriguez and front lobby staff located at 645 Pierce street. I have contacted the mayor Frank Hibbard office about this issue along with the attorney general and aclu. I was sexually abused and illegally body cavity searched in a private cell by officer shante dean located in 645 pierce street on 02/04/2020.
I FEAR FOR MY LIFE.

11/4/21, 2:35 PM                          Gmail - I would like to make a police report I am being refused to do so

 Gmail                                                    john holmes <iamjohnholmesjr@gmail.com>

## I would like to make a police report I am being refused to do so

**Slaughter, Daniel** <Daniel.Slaughter@myclearwater.com>                    Fri, Mar 12, 2021 at 4:27 PM
To: john holmes <iamjohnholmesjr@gmail.com>

Hello John,

After you called yesterday, I spoke with my staff and instructed them to contact you and take your statement.  They attempted to call you but did not get a return call.  Provide me a phone number that you want them to call and I will have them contact you on Monday and take your statement.  I have reviewed the complaint you made and do not believe the evidence supports your claim, but we will take your statement and determine if the evidence proves or disproves your statement.  The allegation you are making is serious.  Thank you.

Chief Slaughter

**From:** john holmes <iamjohnholmesjr@gmail.com>
**Sent:** Friday, March 12, 2021 3:32 PM
**To:** Slaughter, Daniel <Daniel.Slaughter@MyClearwater.com>
**Subject:** Re: I would like to make a police report I am being refused to do so

CAUTION: **This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

[Quoted text hidden]
[Quoted text hidden]

3/9/2020       Oracle Self Service Human Resources: My Information

 **PIN Employee Self Service**

⊓ Navigator ▼    🔖 Favorites ▼      Home   Logout   Preferences   Help



**Holmes, John**

The following section displays the summary as of today's date.

Effective Date 09-Mar-2020

| | | | |
|---|---|---|---|
| Job | **17181.Water/Wastewater Plant Operator Trainee.Classified..2** | Department | **BCC:Plant Operations Division** |
| Location | **HR-South Cross Bayou WWTP** | Manager/Supervisor | **Smith, Dontrell** |
| Years of Service | **0.16** | Email Address | jholmes@pinellascounty.org |
| Performance Rating | | Last Performance Review Date | |

**Employment**    **Salary**    **Performance**

The following section displays detailed historical information through today's date.

**Note:** For Historical "Assignment" detail **before** December 1999, contact HR at "humanresources@pinellascounty.org" or 727-464-3367, to access your Personnel File.

| Details | Assignment Start Date | Status Change Reason | Job | Grade | Department | Location | Assignment Category | Email Address |
|---|---|---|---|---|---|---|---|---|
| ⊟ Hide | 13-Jan-2020 | New Hire | 17181.Water/Wastewater Plant Operator Trainee.Classified..2 | C16 | BCC:Plant Operations Division | HR-South Cross Bayou WWTP | Regular | jholmes@pinellascounty.org |

| | | | | |
|---|---|---|---|---|
| Status Change Reason | **New Hire** | | Manager/Supervisor | **Smith, Dontrell** |
| Hire Date | **13-Jan-2020** | | Latest Hire Date | **13-Jan-2020** |
| Work Hours | **40** | | | |
| Frequency | **Week** | | | |

Home   Logout   Preferences   Help

Privacy Statement       Copyright (c) 2006, Oracle. All rights reserved

Case 8:21-cv-02803-SDM-TGW Document 1 Filed 12/01/21 Page 30 of 45 PageID 30

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

## I fear for my life my constitutional rights have been violated

**john holmes** <iamjohnholmesjr@gmail.com>                          Mon, Nov 29, 2021 at 2:27 PM
Draft To: Frank.Hibbard@myclearwater.com

> On Tue, Nov 16, 2021, 3:34 PM john holmes <iamjohnholmesjr@gmail.com> wrote:
> I have been falsely arrested 5 times unlawfully searched seized detained and sexually assaulted by police officer
> touching my groin without my consent. I have contacted the president Joe Biden and Ron DeSantis via email about this
> situation all charges have been nolle prosequi
> Please help me

 Gmail

Gmail - I fear for my life my constitutional rights have been violated

john holmes <iamjohnholmesjr@gmail.com>

# I fear for my life my constitutional rights have been violated

**john holmes** <iamjohnholmesjr@gmail.com>
To: Frank.Hibbard@myclearwater.com

Mon, Nov 29, 2021 at 12:23 PM

I have been making contact with your office I have been falsely arrested 5 times I fear for my life I reported this issue to chief Daniel slaughter I told him I was having a problem with lobby staff and detective rodriguez in regards to making a statement he gave me permission to go to police station for a statement from his officers and I followed his commands. I was arrested by rodriguez it was a set up my life is in danger on these streets of clearwater

[Quoted text hidden]

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

## I fear for my life my constitutional rights have been violated

**Hibbard, Frank** <Frank.Hibbard@myclearwater.com>                    Mon, Nov 29, 2021 at 1:16 PM
To: john holmes <iamjohnholmesjr@gmail.com>, "Cummings, Tammy" <Tammy.Cummings@myclearwater.com>

Mr. Holmes,

My understanding is that this incident occurred over five years ago and that our Police followed strict procedures for a search. I also understand that drugs were found hidden in your underwear at the time. Our officers are not targeting you but if you believe that to be the case you need to seek legal council and pursue this through a court of law.

Regards,
Frank

Frank V. Hibbard
Mayor, City of Clearwater
727-562-4042

Please note: Florida has a very broad public records law. Most written communications to or from city officials and employees regarding City business are public records available to the public and media upon request. Your communications, including your e-mail address, may therefore be subject to public disclosure, unless otherwise exempt by the Public Records Law.

**From:** john holmes <iamjohnholmesjr@gmail.com>
**Sent:** Monday, November 29, 2021 12:25 PM
**To:** Hibbard, Frank
**Subject:** Re: I fear for my life my constitutional rights have been violated

CAUTION: **This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

[Quoted text hidden]
[Quoted text hidden]

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

## I fear for my life my constitutional rights have been violated

**john holmes** <iamjohnholmesjr@gmail.com>                                          Mon, Nov 29, 2021 at 1:54 PM
To: "Hibbard, Frank" <Frank.Hibbard@myclearwater.com>

These incidents are from last year and this year and no drugs were found on me and I have been arrested 5 times I fear for my life I need your help

[Quoted text hidden]

12/1/21, 12:45 PM
Case 8:21-cv-02803-SDM-TGW  Document 1   Filed 12/01/21   Page 34 of 45 PageID 34
Gmail - I fear for my life my constitutional rights have been violated

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

## I fear for my life my constitutional rights have been violated

**john holmes** <iamjohnholmesjr@gmail.com>                                    Mon, Nov 29, 2021 at 2:11 PM
To: "Hibbard, Frank" <Frank.Hibbard@myclearwater.com>

These officers need to be disciplined for there police misconduct I have reached out to lawyers and everyone is afraid to go against law enforcement and the Clearwater Police department are protecting their officers. If you won't help me you are neglecting my rights as a citizen of this Clearwater community

[Quoted text hidden]

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

## I fear for my life my constitutional rights have been violated

**Hibbard, Frank** <Frank.Hibbard@myclearwater.com>
To: john holmes <iamjohnholmesjr@gmail.com>

Mon, Nov 29, 2021 at 2:14 PM

Mr Holmes,

Did you have drugs in your pants? Did you recently get stopped for driving a stolen vehicle? I would tell you to stop breaking the law and you might have less interaction with law enforcement!

Regards,
Frank

Frank V. Hibbard
Mayor, City of Clearwater
727-562-4042

Please note: Florida has a very broad public records law. Most written communications to or from city officials and employees regarding City business are public records available to the public and media upon request. Your communications, including your e-mail address, may therefore be subject to public disclosure, unless otherwise exempt by the Public Records Law.

**From:** john holmes <iamjohnholmesjr@gmail.com>
**Sent:** Monday, November 29, 2021 2:11:24 PM
**To:** Hibbard, Frank <Frank.Hibbard@MyClearwater.com>
[Quoted text hidden]

[Quoted text hidden]

Case 8:21-cv-02803-SDM-TGW    Document 1    Filed 12/01/21    Page 36 of 45 PageID 36

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

## I fear for my life my constitutional rights have been violated

**john holmes** <iamjohnholmesjr@gmail.com>                     Mon, Nov 29, 2021 at 2:22 PM
To: Frank.Hibbard@myclearwater.com

All charges have been dismissed

[Quoted text hidden]

Case 8:21-cv-02803-SDM-TGW    Document 1    Filed 12/01/21    Page 37 of 45 PageID 37

 **Gmail**

john holmes <iamjohnholmesjr@gmail.com>

---

## I fear for my life my constitutional rights have been violated

---

**john holmes** <iamjohnholmesjr@gmail.com>                    Mon, Nov 29, 2021 at 2:20 PM
To: Frank.Hibbard@myclearwater.com

I was in prison in 2016 in the reentry to society program I changed my life I got out worked hard stayed out of trouble. Got a job with pinellas county government volunteered a whole year no pay  and hired due to hard work and my job was taken by your officers for falsely arresting me.    every time I go outside I am handcuffed and taken to jail  and the state throws out charges. These unlawful actions have costed me and my family to lose time and money out of our lives.


On Tue, Nov 16, 2021, 3:34 PM john holmes <iamjohnholmesjr@gmail.com> wrote:
[Quoted text hidden]

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

# I fear for my life my constitutional rights have been violated

**Hibbard, Frank** <Frank.Hibbard@myclearwater.com>                    Mon, Nov 29, 2021 at 2:27 PM
To: john holmes <iamjohnholmesjr@gmail.com>, "Cummings, Tammy" <Tammy.Cummings@myclearwater.com>

Mr. Holmes,

I am happy that you are trying to get your life on track, I wish you the very best and success. Our Internal Affairs Division have investigated your complaints and found them to be without merit. That leaves the court system as your path to a remedy if in fact our Police are at fault, which I don't believe but that is what you have to do. I cannot help you further, I am sorry.

Regards,
Frank

Frank V. Hibbard
Mayor, City of Clearwater
727-562-4042

Please note: Florida has a very broad public records law. Most written communications to or from city officials and employees regarding City business are public records available to the public and media upon request. Your communications, including your e-mail address, may therefore be subject to public disclosure, unless otherwise exempt by the Public Records Law.

**From:** john holmes <iamjohnholmesjr@gmail.com>
**Sent:** Monday, November 29, 2021 2:20 PM
**To:** Hibbard, Frank
**Subject:** Re: I fear for my life my constitutional rights have been violated

CAUTION: **This email originated from outside of the City of Clearwater. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

[Quoted text hidden]
[Quoted text hidden]

# FRANK HIBBARD
## OFFICE OF THE MAYOR

TO: MAYOR FRANK HIBBARD
CITY OF CLEARWATER OFFICES
ONE CLEARWATER TOWER, 6TH FLOOR
600 CLEVELAND ST, CLEARWATER FL 33756

FROM: JOHN D. HOLMES JR
1721 SCOTCH PINE DRIVE BRANDON FL, 33511
(727)308-0864 (CELL)
IAMJOHNHOLMESJR@GMAIL.COM

# DEMAND LETTER TO PAY FOR POLICE MISCONDUCT

TO: OFFICER BRIAN HOXIE
CLEARWATER POLICE DEPARTMENT
645 PIERCE ST CLEARWATER FL 33756
(727)562-4242(OFFICE)

FROM: JOHN D. HOLMES JR
1721 SCOTCH PINE DRIVE BRANDON FL, 33511
(727)308-0864(CELL)
IAMJOHNHOLMESJR@GMAIL.COM

# DEMAND LETTER TO PAY FOR POLICE MISCONDUCT

TO: LIEUTENANT SHANTE DEAN
CLEARWATER POLICE DEPARTMENT
645 PIERCE ST CLEARWATER FL 33756
(727)562-4242(OFFICE)

FROM: JOHN D. HOLMES JR
1721 SCOTCH PINE DRIVE BRANDON FL, 33511
(727)308-0864(CELL)
IAMJOHNHOLMESJR@GMAIL.COM

# RICK OSORIO

## CLEARWATER RISK MANAGEMENT DIVISION

TO: RICK OSORIO (MANAGER)
100 S. MYRTLE AVE STE 3
CLEARWATER FL,33756
(727)562-4650

FROM: JOHN D. HOLMES JR
1721 SCOTCH PINE DRIVE BRANDON FL, 33511
(727)308-0864 (CELL)
IAMJOHNHOLMESJR@GMAIL.COM

# DEMAND LETTER TO PAY

# FOR POLICE MISCONDUCT

TO: MAJOR NATALIA ILLICH-HAILEY

CRIMINAL INVESTIGATION DIVISION

645 PIERCE ST CLEARWATER FL, 33756

(727)562-4360 (OFFICE)


FROM: JOHN D. HOLMES JR

1721 SCOTCH PINE DRIVE BRANDON FL, 33511

(727)308-0864 (CELL)

IAMJOHNHOLMESJR@GMAIL.COM

# DEMAND LETTER TO PAY FOR POLICE MISCONDUCT

TO: OFFICER KEVIN VIGH
CLEARWATER POLICE DEPARTMENT
645 PIERCE ST CLEARWATER FL 33756
(727)562-4242(OFFICE)

FROM: JOHN D. HOLMES JR
1721 SCOTCH PINE DRIVE BRANDON FL, 33511
(727)308-0864(CELL)
IAMJOHNHOLMESJR@GMAIL.COM

 Gmail

john holmes <iamjohnholmesjr@gmail.com>

# Complaint

**Johnson, Todd** <Todd.Johnson@myclearwater.com> Fri, Feb 26, 2021 at 8:57 AM
To: "Iamjohnholmesjr@gmail.com" <Iamjohnholmesjr@gmail.com>
Cc: Police Office of Professional Standards <PoliceOPS@myclearwater.onmicrosoft.com>, "Slaughter, Daniel"
<Daniel.Slaughter@myclearwater.com>, "Gandy, Eric" <Eric.Gandy@myclearwater.com>, "Valveri, William"
<William.Valveri@myclearwater.com>

Mr. Holmes –

The Clearwater Police Department is in receipt of a complaint you recently made to the Florida Attorney
General's Office, which they subsequently forwarded to us to address. We are also in receipt of the crime tip
you recently submitted concerning the same matter. We take such complaints very seriously, and upon
receipt of your initial complaint in November 2020, the Office of Professional Standards initiated an
investigation into the matter. After thorough investigation, it was determined there was no wrongdoing by
agency members, and the matter was closed as unfounded. This conclusion was explained to you at that time
by the investigator. Your complaint and subsequent investigation was documented. While I understand you
do not agree with the outcome, continuing to submit the same complaint through various avenues will not
change the disposition, which remains unfounded. If you have any questions, contact the Office of
Professional Standards at 727-562-4304.

Lieutenant Todd Johnson

Clearwater Police Department

Office of Professional Standards